## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR A CRIMINAL COMPLAINT

I, Mariano Garay-Ortiz, being first duly sworn, do here by depose and state that:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a United States Customs and Border Protection Enforcement Officer with the Department of Homeland Security, assigned to investigate Immigration Law violations and Criminal Laws of the United States at the Luis Muñoz Marín International Airport, Carolina, Puerto Rico.

2.  I make this affidavit based on my own personal knowledge and on oral and written reports by other federal, state, and/or local law enforcement agents and officers that investigated this matter. This affidavit does not contain all the information derived from this investigation only that which is sufficient to demonstrate probable cause to believe that a crime has been committed.

3.  This affidavit is submitted in support of a criminal complaint charging Ronald GENAO-DIAZ ("GENAO-DIAZ") with: (1) Fraud or misuse of Visa or other government documents in violation of 18 U.S.C. § 1546(a) and (2) Collection and use of DNA Identification Information in violation of 34 U.S.C. § 40702.

### PROBABLE CAUSE

4. On or about May 3, 2025, at the Luis Muñoz Marin International Airport in Carolina, Puerto Rico, an alien by the name of Ronald GENAO-DIAZ, a citizen of the Dominican Republic, was found attempting to board JetBlue Airline flight #2537, bound to the city of Santo Domingo, Dominican Republic.

5. During the inspection conducted by the U.S. Customs and Border Protection Officers, the alien claimed to be a citizen of the Dominican Republic by name of Ronald GENAO-DIAZ and presenting a Dominican Republic Passport number PR0598242, as proof of identity.

6. Because GENAO-DIAZ did not have any document that allowed him to be present in the United States, he was held for a closer inspection.

7. During his immigration interview and examination, a United States Permanent Resident Card number A222 032 333 was found in his possession. The resident card was issued under the name of Ronald GENAO-DIAZ.

8. The Alien number 222 032 333 was queried through the Immigration Data Base Systems and that query revealed that the number does not exist in any Immigration Systems.

9. During this process GENAO-DIAZ' fingerprints were submitted to the FBI for examination and comparison, this examination disclosed no match to any immigration record.

10. The Alien GENAO-DIAZ refused or failed to cooperate in the collection of the DNA sample.

11. On several occasions the subject was told by CBP Officers and Supervisors to provide his DNA sample, and he refused to comply with the orders by saying "No" and facing away from the officers and placing a disposable mask over his mouth.

12. Using the Dominican Republic "CEDULA" database system the identity of Mr. GENAO-DIAS was confirmed as Ronald GENAO-DIAZ (Cedula #402-1831140-1), and that he is a national and citizen of the Dominican Republic.

13. I conducted records checks which reveal that no application to request permission on form I-212 had been filed on behalf of "Ronald GENAO-DIAZ" at the Office of Citizenship and Immigration Services.

14. GENAO-DIAZ is a citizen and national of the Dominican Republic and is an alien with no authorization or legal status to be present in the United States.

[SPACE INTENTIONALLY LEFT BLANK]

## CONCLUSION

15. Based upon my training, experience, and my participation in this investigation, I believe that probable cause exists that Ronald GENAO-DIAZ was found in the United States using documents knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured or unlawfully obtained in violation of 18 U.S.C. § 1546 (a) and Failure to Provide and/or cooperate in the collection of DNA sample in violation of 34 U.S.C. § 40702.

Respectfully submitted,

_____
Mariano Garay-Ortiz
Enforcement Officer
Homeland Security Investigations

Sworn in accordance with the requirement of Fed. R. Crim. P. 4.1. by telephone at 9:00 a.m. on this 6th day of May 2025, in San Juan, Puerto Rico.

_____
Digitally signed by Hon. Giselle López-Soler
HON. GISELLE LÓPEZ-SOLER
UNITED STATES MAGISTRATE
JUDGE DISTRICT OF PUERTO RICO

3